Case 6:11-ap-01670-SC    Doc 4    Filed 05/10/11    Entered 05/10/11 14:09:02    Desc
Main Document    Page 1 of 9
Case 6:11-ap-01670-SC    Doc 3    Filed 05/10/11    Entered 05/10/11 10:12:36    Desc
Main Document    Page 1 of 9
Case 6:11-ap-01670-SC    Doc 1    Filed 05/06/11    Entered 05/06/11 13:57:55    Desc
Main Document    Page 11 of 12

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Franklin C. Adams 085351<br>franklin.adams@bbklaw.com<br>Cathy Ta. 261880, cathy.ta@bbklaw.com<br>Best Best & Krieger, LLP<br>3750 University Avenue, 4th Floor<br>Riverside, California 92502<br>(951) 686-1450    Facsimile (951) 686-3083<br>*Attorney for Plaintiff* Robert S. Whitmore, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>JAIRO JARDINES LEON | CHAPTER 7<br>CASE NUMBER 6:11-bk-17259-SC |
|---|---|
| Debtor. | ADVERSARY NUMBER 6:11-ap-01670SC |
| ROBERT S. WHITMORE, Chapter 7 Trustee for the bankruptcy estate of Jairo Jardines Leon<br>Plaintiff(s), | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)* |
| vs.<br>REGGIE G. LEON, AND CHRISTIAN J. LEON<br>Defendant(s). | **SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by __6-9-11__, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: 7-20-11    Time: 2:00 pm    Courtroom: Video Hearing Room #126    Floor: 1st |
|---|
| ☐ 255 East Temple Street, Los Angeles        ☐ 411 West Fourth Street, Santa Ana |
| ☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara |
| ☒ 3420 Twelfth Street, Riverside |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: __5-10-11__

KATHLEEN J. CAMPBELL
Clerk of Court

By: __Karen Furman__
Deputy Clerk

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)    F 7004-1
09953.00000\5931105.2



# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### OFFICE OF THE CLERK

KATHLEEN J. CAMPBELL
Executive Officer
Clerk of Court

## ADDITIONAL INSTRUCTIONS FOR PLAINTIFFS/PLAINTIFFS' ATTORNEY

You are required to serve and complete both of the attached "NOTICE TO DEFENDANTS," (English and the Spanish version), to all defendants along with your summons. Your Proof of Service should indicate that the notices were served, as well as the other documents.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re: | Case No. 6: |
|---|---|
| | Adv. No. 6: |
| Debtor(s) | |
| Plaintiff(s) | |
| Vs. | |
| Defendant(s) | |

**NOTICE TO DEFENDANTS**

You have been served with a summons and Complaint. If the plaintiff is successful, you could end up owing money to the plaintiff.

You have the right to proceed in this adversary proceeding without an attorney. However, the rules can be quite technical and you should consult an attorney. If you are unable to afford an attorney, please call for an appointment:

        Public Services
        Law Corporation
        4129 Main Street, Suite 101
        Riverside, CA 92501
        (951) 682-7968

You will be screened for financial eligibility and if it is determined that you are eligible, an attorney may be found who will represent you without payment of attorney's fees.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

In re:                                                                                                Case No. 6:

                                                                                                      Adv No. 6:

                        Deudor(s)

                        Demandante(s)

Vs.

                        Demandado(s)

### AVISO AL DEMANDADO(S)

A usted se le ha entregado una citacion judicial y una demanda. Si el demandante gana en su demanda, usted puede deberle dinero al demandate.

Usted tiene el derecho de proceder sin un Abogado, pero los requisitos legales son tecnicos y usted debe consultar un Abogado. Si usted no tiene recursos para emplear un Abogado, por favor llame para una cita gratis a:

           Public Services
           Law Corporation
           4129 Main Street, Suite 101
           Riverside, CA 925041
           (951) 682-7968

Usted sera determinado para elegibilidad financial y si es determinado que usted es elegible, un Abogado quizas le representara de gratis.

# UNITED STATES BANKRUPTCY COURT

### Early meeting of Counsel and Status Conference Instructions

1. **Service of Order.** A copy of this Order re: Rule 26(f) Meeting, Initial Disclosures, and Scheduling Conference must be served with the summons and complaint. The proof of service of the summons and complaint must indicate that a copy of this order was served therewith.

2. **Local Bankruptcy Rule 7026-1.** Compliance with Local Bankruptcy Rule 7026-1 ("LBR 7026-1") is required in ALL adversary proceedings.

3. **Rule 26(f) Meeting.** Unless all defendants default, the parties must meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure ("Rule 26(f) Meeting") and least 21 days before the status conference date set forth in the summons. **The status conference set forth in the summons shall also serve as the initial Rule 16(b) Scheduling Conference in this adversary proceeding.**

The parties are jointly responsible for arranging and attending the Rule 26(f) Meeting, which may be conducted in person or by telephone. During the Rule 26(f) Meeting, the parties must, at a minimum: (a) discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case; (b) make or arrange for the initial disclosures required by Rule 26(a)(1); and (c) develop a proposed discovery plan. The discussion of claims and defenses must be substantive and meaningful. The parties are directed to approach the Rule 26(f) Meeting cooperatively and in good faith.

4. **Initial Disclosures.** Rule 26(a)(1) states that a party must, without awaiting discovery request, provide to other parties:

    a.    The name and, if known, the address and telephone number for each individual like to have discoverable information - along with the subjects of that information

- that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

    b.    A copy of - or a description by category and location - of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

    c.    A computation of each category of damages claimed by the disclosing party - who must also make available for inspection and copying under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and

    d.    For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

F.R.Civ.P.26(a)(1)(A). Rule 26(a)(1) requires a party to make its initial disclosures based on the information then reasonable available to it. A party is not excused from making its disclosures because it has not fully completed its investigation of the case or because it challenges the sufficiency of another party's disclosures or because another party has not made its disclosures. F.R.Civ.P.26(a)(1)(E).

**5.**  **Alternative Dispute Resolution ("ADR").** The parties must explore the feasibility of ADR to reach a settlement or early resolution of the adversary proceeding. The specific reasons for any decision not to participate in a form of earl ADR must be explained in the Joint Status Report. If the parties elect not to participate in an early ADR effort, the Court may nonetheless direct the parties to ADR before trial

**6.**  **Discovery Plan.** At the Rule 26(f) Meeting, the parties must also discuss issues about preserving discoverable information and develop a proposed discovery plan. The discussion regarding discovery following the initial disclosures must address the relevance of the discovery sought and the sequence and timing of such discovery, including whether the discovery will be

conducted informally or formally. The deadlines in the discovery plan must be mutually agreeable, with a view to achieving resolution of the case with a minimum of expense and delay.

7. **Joint Status Report.** Not later than 7 days before the status conference/Rule 16(b) Scheduling Conference date set forth in the summons, the parties must file a Joint Status Report in a form substantively identical to **FBR Form F7016-1.1**. The Joint Status Report must contain the information set forth in LBR 7016-1(a)(2), and a statement that the parties have completed the Rule 26(f) Meeting and made the initial disclosures required by Rule 26(a)(1). The Joint Status Report shall also serve as the written report of the Rule 26(f) Meeting.

8. **Status Conference/Rule 16(b) Scheduling Conference.** At the Rule 16(b) Scheduling Conference, the Court will review the discovery plan set forth in the Joint Status Report and set appropriate deadlines. The Court seeks to try all adversary proceedings not later than 18 months of the filing of the complaint. Consequently, all deadlines in the schedule, including the dispositive motion deadline, must be met within 12 to 14 months of the filing of the complaint to afford adequate time for briefing and ruling prior to the final pretrial conference and trial date.

Counsel representing any party in conjunction with the Rule 26(f) Meeting, Joint Status Report, and Rule 16(b) Scheduling Conference must be authorized to bind the party on all matters to be covered.

9. **Default.** If no response to the complaint is timely filed, plaintiff should request entry of default by the clerk prior to the status conference date set forth in the summons. F.R.Civ.P.55(a). Plaintiff may also request entry of a default judgment by filing and serving an appropriate motion. F.R.Civ.P.55(b)(2).

10. **Sanctions.** Failure to comply with these instructions may subject the responsible party and/or counsel to sanctions. The failure of either party to cooperate in the preparation of filing

of a Joint Status Report or appear at the status conference may result in the imposition of sanctions under LBR 7016-1(f) or (g).

Honorable Scott C. Clarkson
United States Bankruptcy Judge